*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
FULTON, HITESMAN, and STEPHENS,
Appellate Military Judges

———————————

**UNITED STATES**
Appellee

**v.**

**Alexander G. EIKLENEBOOM**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900018**

Decided: 11 July 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Lieutenant Colonel Mark D. Sameit, USMC. Sentence adjudged 25 October 2018 by a general court-martial convened at Marine Corps Base Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence approved by the convening authority: confinement for 8 months and a bad-conduct discharge.

For Appellant: Major James S. Kresge, USMCR.

For Appellee: Brian K. Keller, Esq.

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court